UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,<br><br>Plaintiffs,<br><br>-against-<br><br>HAMILTON HEALTHCARE CENTER P.C., BARRY FASS, M.D., DAVID E. SMITH, M.D., STEPHAN KOSMORSKY, D.O., NOLA T. MAHONEY, D.O., JOHN J. MAHONEY, D.O., ANTHONY F. PIERRO, D.C., STEPHEN M. LYCHOCK, D.C., ALEXANDER J. KISHYK, D.C., GARDEN STATE MAGNETIC IMAGING, L.L.C., REHAN ZUBERI, NAZISH KHAN a/k/a NASH KHAN, TARIQ DIN, and FAIZAH ZUBERI, M.D.,<br><br>Defendants. | Docket No. 3:17-cv-000674(AET)(DEA)<br><br>**SATISFACTION OF DEFAULT JUDGMENT AGAINST NAZISH KHAN** |

WHEREAS, a default judgment was entered in the above-captioned action on March 9, 2018 against defendants Faizah Zuberi, M.D., Garden State Magnetic Imaging, L.L.C., Rehan Zuberi, Nazish Khan a/k/a Nash Khan, and Tariq Din, jointly and severally, in the amount of $ 2,313,659.73 (Dkt. Entry No. 46), and

WHEREAS, said judgment has been satisfied only as to Nazish Khan,

THEREFORE, full and complete satisfaction of said default judgment only as to Nazish Khan, is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry on the docket of a full and complete satisfaction of said judgment only against

defendant Nazish Khan. This satisfaction of judgment shall not serve to satisfy the judgment as to defendants Garden State Magnetic Imaging, L.L.C., Rehan Zuberi, Faizah Zuberi, M.D., or Tariq Din.

DATED this 30th day of May, 2019.

RIVKIN RADLER LLP

/s/ Gene Kang
By:   GENE KANG
Attorneys for Plaintiffs